**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Adonis Latham
Case No. 19-29848 Chapter 13

All Cases: Moving Creditor JPMorgan Chase Bank, N.A.  Date Case Filed October 21, 2019

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed  1/8/2020____

Chapter 7:    ☐ No-Asset Report filed on _____
              ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral
   a. ☐ Home
   b. ☒ Car 2014 Jeep Wrangler Unlimited, ("VIN") of 1C4HJWEG4EL157223
   c. ☐ Other (describe)
2. Balance Owed as of January 8, 2020: $11,245.25
   Total of all other Liens against Collateral: $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $25,825.00, NADA report dated 1/8/2020.

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____    Amount $_____

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months  2___    Amount $__1,205.14_____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount $_____

      iii. ☒ Rapidly depreciating asset
      iv.  ☐ Other _____

   b. ☐ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

   c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)
      i. ☐ Bad Faith (describe) _____

19-041636_FXF

      ii.  ☐ Multiple filings
      iii.  ☐ Other (describe) _____

  d.  Debtor's Statement of Intention regarding the Collateral

    i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☒ No Statement of Intention Filed

Date:   January 17, 2020

                                            Respectfully submitted,

                                            /s/ Todd J. Ruchman
                                          Todd J. Ruchman (6271827)
                                          Keith Levy (6279243)
                                          Sarah E. Barngrover (28840-64)
                                          Adam B. Hall (0088234)
                                          Edward H. Cahill (0088985)
                                          Umair M. Malik (6304888)
                                          Manley Deas Kochalski LLC
                                          P.O. Box 165028
                                          Columbus OH  43216-5028
                                          614-220-5611; Fax: 614-627-8181
                                          Attorneys for Creditor
                                          The case attorney for this file is Todd J. Ruchman.
                                          Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

19-041636_FXF