## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | |
| **Adonis Latham** | **Case No.: 19-29848** |
| | **Chapter 13** |
| **Debtor.** | **Judge Deborah L. Thorne** |

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #30) which was filed in this court by JPMorgan Chase Bank, N.A. ("Movant"), Movant and Adonis Latham ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant, since filing the motion Debtor has brought the loan post-petition current.

**IT IS HEREBY ORDERED:**

1. Debtor must continue to make timely post-petition payments directly to Movant beginning April 17, 2020.

2. If Movant fails to receive two (2) post-petition monthly payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

3. Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

1

19-041636_CJP

4. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

ENTER: *[signature: Deborah L. Thorne]*

DATED: April 7, 2020

UNITED STATES BANKRUPTCY JUDGE

*Submitted by:*

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

~~David M Siegel~~ ALEXANDER PREIBER
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
Email: davidsiegelbk@gmail.com
Attorney for Debtor

2